MICHAEL MARQUES, RESPONDENT, v. LEWIS MIR, APPELLANT.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 564.

For the respondent, *Alexander Simpson.*

For the appellant, *Joseph M. Alsofrom.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.

---

NEW JERSEY SUBURBAN WATER COMPANY, RESPONDENT, v. JOSEPH P. RIORDAN, MAYOR, ETC., OF THE TOWN OF HARRISON, APPELLANT.

Submitted October 29, 1926—Decided December 2, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 256.

For the respondent, *Thomas J. Brogan.*

For the appellant, *Mark A. Sullivan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 10.

*For reversal*—None.

---

JAMES R. NUGENT, APPELLANT, v. FLORENCE E. CAHILL ET AL., RESPONDENTS.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 504.

For the appellant, *James R. Nugent.*

For the respondents, *Herbert Boggs* and *John Francis Cahill.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.